**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

FILED & ENTERED 10/12/05

RICHARD DEXTER,

                **Plaintiff,**

     v.                                    **Civil No. 04-6309-TC**

KRAFT FOODS GLOBAL, INC.et al,

                **Defendants.**
_____

**JUDGMENT**

This action is dismissed.

Dated: October 12 , 2005.

                              Donald M. Cinnamond, Clerk

                                    s/L. Brinn
                       by
                                    L. Brinn, Deputy

**JUDGMENT**